No. 76–6789. BATEMAN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 76–6790. BATEMAN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 76–6791. TALIAFERRO v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 76–6792. WILEY v. DAGGETT, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 76–6793. MEEKS v. JAGO, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 76–6795. EASTER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–6796. FORSBERG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–6797. WILLIAMS v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 76–6800. LYNOTT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–6803. VAVRA v. OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 76–6804. PHELPS v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 76–6805. SMILEY v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–6808. STROUD v. DELTA AIR LINES, INC. C. A. 5th Cir. Certiorari denied.

No. 76–6809. JACQUES v. HILTON, PRISON SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.